IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KENYATA ROSS,<br>    Plaintiff, | §<br>§<br>§ |
| v. | §    No. 3:24-CV-905-E-BW |
| | § |
| TEXAS INSTRUMENTS,<br>    Defendant. | §<br>§<br>§ |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

     The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (ECF No. 19). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

     **SO ORDERED** this 15th day of November, 2024.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE